IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-92-1D
NO. 7:17-CR-92-2D
NO. 7:17-CR-92-3D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SHAMEL ROBERTS | ) |
| JIMMY LEVON UNDERWOOD | ) |
| VALERIE BARNHILL | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 26, 2018, February 22, 2018, and March 21, 2018, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendants agreeing to the forfeiture of the property listed in the aforementioned Preliminary Orders of Forfeiture, to wit, $15,000.00 in U. S. currency discovered buried in the yard at 690 McCrary Road, Burgaw, North Carolina;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 23, 2018 and April 21, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day

1

of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's January 26, 2018, February 22, 2018, and March 21, 2018 Preliminary Orders of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the Court's January 26, 2018, February 22, 2018, and March 21, 2018 Preliminary Orders of Forfeiture is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 21 day of June, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE